HEATHER D. HEARN, SBN 254496
  hdh@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Tel.: (225) 906-4245
Fax: (225) 906-4230

RACHEL E. LINZY, *pro hac vice forthcoming*
  rel@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Tel: (504) 524-4162
Fax: (504) 596-4114

Attorneys for Defendant
XEROX CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

|  |  |
|---|---|
| BRENDA DANIELS, an individual<br><br>               Plaintiff,<br><br>vs.<br><br>XEROX CORPORATION, a corporation and DOES 1 through 50; inclusive<br><br>               Defendants. | CASE NO.<br><br>**DECLARATION OF HEATHER D. HEARNE IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>[Declarations of Cheryl Ryan and Douglas Marshall; Notice of Removal; and Corporate Disclosure Statement filed concurrently herewith]<br><br>[Orange County Superior Court Case No. 30-220-01144027-CU-WT-CJC] |

I, Heather D. Hearne, declare as follows:

1.     I am an attorney with the law firm The Kullman Firm and counsel of record for Defendant Xerox Corporation ("Xerox") in this matter. I am licensed to practice law before all state and federal courts in the State of California.

2.     I am one of the attorneys responsible for handling this litigation on behalf of

Xerox, and I have personal knowledge of the facts stated in this Declaration. If called upon to do so, I could and would testify competently thereto. I submit this Declaration in support of Xerox's Notice of Removal of this Action.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the Summons, Complaint and Civil Cover Sheet served on Xerox on June 22, 2020. As reflected therein, Plaintiff Brenda Daniels Allen ("Plaintiff") initiated this action in the Superior Court in and for the County of Orange on May 26, 2020. No other documents have been served upon Xerox in this action.

4.    As of the date of filing of this Declaration and the accompanying Notice of Removal, the Superior Court docket reflects that defendants have been served in this action. True and correct copies of the following documents, all of which have been entered into the state record, but not served on Defendant, are attached hereto as **Exhibit B**:

- Case assigned to the Honorable Derek Hunt on May 26, 2020;

-Plaintiff's peremptory challenge of Judge Hunt Under Cal. Code Civ. Proc. §170.6;

- Chambers minutes finalized on June 24, 2020;

- Proof of Service of Summons filed by Plaintiff on June 24, 2020;

- Order on July 7, 2020 setting Mandatory Settlement Conference for Sept. 25, 2021;

- Order on July 7, 2020 scheduling jury trial for Nov. 1, 2021.

A copy of the Court's docket as of the date of this removal is also included. The docket and exhibits filed in this action were accessed through the Court's online case access system.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 21st day of July, 2020 in Baton Rouge, Louisiana.

By: _____
Heather D. Hearne

Page 2 of 2    DECLARATION OF HEATHER D. HEARNE
IN SUPPORT OF DEFENDANT XEROX
CORP.'S NOTICE OF REMOVAL

Electronically Filed by Superior Court of California, County of Orange, 06/24/2020 04:58:00 PM.
30-2020-01144027-CU-WT-CJC - ROA # 15 - DAVID H. YAMASAKI, Clerk of the Court By James M Haines, Deputy Clerk. POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Erin Reisman, 248426<br>Reisman & Reisman<br>8200 Wilshire Blvd #302<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: 323-330-0580<br>ATTORNEY FOR *(Name)*: | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| Superior Court of California, Orange County |
| 700 Civic Center Drive West |
| Santa Ana, CA 92702-1994 |

| PLAINTIFF/PETITIONER: Brenda Daniels | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Xerox Corporation, et al. | 30-2020-01144027-CU-WT-CJC |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Complaint, Civil Case Cover Sheet, Summons,

3. a. Party served: XEROX CORPORATION, a corporation

  b. Person Served: Kaitlyn Mannix -CSC - Person Authorized to Accept Service of Process

4. Address where the party was served: 2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
5. I served the party
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
  receive service of process for the party (1) on (date): 06/22/2020         (2) at (time): 1:35PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

  d. on behalf of:

  XEROX CORPORATION, a corporation
  under: CCP 416.10 (corporation)
7. **Person who served papers**
  a. Name:         Tyler Anthony DiMaria
  b. Address:      One Legal - P-000618-Sonoma
                   1400 North McDowell Blvd, Ste 300
                   Petaluma, CA 94954

  c. Telephone number: 415-491-0606
  d. The fee for service was: $ 40.00
  e I am:
       (3) registered California process server.
          (i)  Employee or independent contractor.
          (ii) Registration No.: 2006-06
          (iii) County:  Sacramento

**EXHIBIT A**

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date:  06/23/2020

Tyler Anthony DiMaria
(NAME OF PERSON WHO SERVED PAPERS)



(SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

OL# 14670331

Electronically Filed by Superior Court of California, County of Orange, 05/26/2020 10:02:33 AM.
30-2020-01144027-CU-WT-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Lirio Sanchez, Deputy Clerk.

Daniel A. Reisman      (SBN 250819)
Erin Reisman           (SBN 248426)
**REISMAN & REISMAN**
8200 Wilshire Blvd. #302
Beverly Hills, CA 90211
Tel:    (323) 330-0580
Fax:    (323) 389-0694
Email:  dreisman@reismanlawoffices.com
        ereisman@reismanlawoffices.com

Attorneys for Plaintiff, BRENDA DANIELS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

|  |  |
|---|---|
| BRENDA DANIELS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | *Assigned to for All Purposes:*<br>Judge Derek W. Hunt<br><br>Case No.: 30-2020-01144027-CU-WT-CJC<br><br>**COMPLAINT FOR:**<br><br>**(1) DISCRIMINATION BASED ON DISABILITY IN VIOLATION OF FEHA;**<br><br>**(2) FAILURE TO ACCOMMODATE A DISABILITY IN VIOLATION OF FEHA;**<br><br>**(3) FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS IN VIOLATION OF FEHA;**<br><br>**(4) WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY;**<br><br>**(5) BREACH OF CONTRACT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT

Plaintiff Brenda Daniels alleges causes of action against Defendants Xerox Corporation, and Does 1 through 50, inclusive, as follows:

**Parties**

1.     Defendant Xerox Corporation is a corporation doing business in Orange County, California. Defendant is an entity subject to suit under the California Fair Employment and Housing Act, Government Code section 12940, et seq. ("FEHA").

2.     Plaintiff Brenda Daniels is, and at all times material to the allegations in this complaint, was a resident of the State of California, County of Los Angeles.

3.     Plaintiff is ignorant of the true names and capacities of the defendants sued as Does 1 through 50, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. On information and belief, each of these fictitiously named defendants is responsible in some manner for the occurrences alleged in the complaint, and said defendants proximately caused Plaintiff's injuries.

**Venue**

4.     This court is the proper venue because the unlawful employment practices and other tortious acts alleged in this complaint occurred in Orange County, California.

**Factual Allegations**

5.     Defendants employed Plaintiff for several years until Defendants wrongfully terminated her employment effective on or about July 30, 2019.

6.     Plaintiff suffered from a disability as defined under the FEHA and required and requested reasonable accommodations. Rather than accommodate Plaintiff, Defendants terminated her.

7.     When Defendant hired Plaintiff, it promised Plaintiff severance pay upon her separation from the company. Plaintiff relied upon Defendant's representation that it would pay her severance. However, Defendant did not pay Plaintiff any severance when it terminated her.

**Exhaustion of Administrative Remedies**

8.      Plaintiff has exhausted her administrative remedies. On April 23, 2020 Plaintiff filed a charge with the Department of Fair Employment and Housing ("DFEH"). The DFEH immediately issued to Plaintiff a right to sue letter. True and correct copies of the charge and the right to sue letter are attached as Exhibit A.

**First Cause of Action**
**DISCRIMINATION BASED ON A DISABILITY IN VIOLATION OF FEHA**
**(Against All Defendants)**

9.      Plaintiff incorporates paragraphs 1 through 8 by this reference.

10.      As detailed in the allegations above, during Plaintiff's employment, Defendants, and each of them, engaged in conduct and continue to engage in conduct that resulted in and continues to result in Plaintiff being treated less favorably because of her disability. Additionally, Plaintiff has been subject to several adverse employment actions, including but not limited to (a) being suspended, (b) being denied the opportunity for promotion or advancement, (c) being denied reinstatement/rehire, and (d) being terminated.

11.      As a direct and proximate result of the discrimination of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered the loss of wages, salary, benefits, and additional amounts of money Plaintiff would have received if Plaintiff had not been subject to adverse employment actions. As a result, Plaintiff has suffered such damages in an amount according to proof.

12.      As a further direct and proximate result of the discrimination of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered the intangible loss of employment-related opportunities. As a result, Plaintiff has suffered such damages in an amount according to proof.

13.      As a further direct and proximate result of the discrimination of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered humiliation, mental anguish, and emotional distress, and has been harmed in mind and body. As a result, Plaintiff has suffered such damages in an amount according to proof.

14.     The above-recited actions of Defendants, and each of them, were done with malice, fraud, oppression, and in reckless disregard of Plaintiff's rights under FEHA. Accordingly, Plaintiff is entitled to an award of punitive damages.

<u>Second Cause of Action</u>
**FAILURE TO ACCOMMODATE A DISABILITY IN VIOLATION OF FEHA**
**(Against All Defendants)**

15.     Plaintiff incorporates paragraphs 1 through 14 by this reference.

16.     Government Code section 12940 required Defendants, and each of them, to make reasonable accommodations for Plaintiff's disability.

17.     On information and belief, rather than accommodate Plaintiff's medical disability, Defendants, and each of them, terminated Plaintiff's employment.

18.     As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered the loss of wages, salary, benefits, and additional amounts of money Plaintiff would have received. As a result, Plaintiff has suffered such damages in an amount according to proof.

19.     As a further direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered the intangible loss of employment-related opportunities. As a result, Plaintiff has suffered such damages in an amount according to proof.

20.     As a further direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered humiliation, mental anguish, and emotional distress, and has been harmed in mind and body. As a result, Plaintiff has suffered such damages in an amount according to proof.

21.     The above-recited actions of Defendants, and each of them, were done with malice, fraud, oppression, and in reckless disregard of Plaintiff's rights under FEHA. Accordingly, Plaintiff is entitled to an award of punitive damages.

–4–
COMPLAINT

**Third Cause of Action**
**FAILURE TO ENGAGE IN THE INTERACTIVE PROCESS IN VIOLATION OF FEHA**
**(Against All Defendants)**

22.     Plaintiff incorporates paragraphs 1 through 21 by this reference.

23.     Government Code section 12940(n) makes it unlawful "[f]or an employer or other entity covered by this part to fail to engage in a timely, good faith interactive process with the employee or applicant to determine effective reasonable accommodations, if any, in response to a request for reasonable accommodation by an employee or applicant with a known physical or mental disability or known medical condition."

24.     Government Code section 12926.1(e) sates "The Legislature affirms the importance of the interactive practice between the applicant or employee and the employer in determining a reasonable accommodation, as the requirement has been articulated by the Equal Employment Opportunity Commission in its interpretive guidance of the Americans with Disabilities Act."

25.     Defendants, and each of them, refused to engage in a timely good faith process with Plaintiff to determine effective reasonable accommodations as required by California Government Code sections 12940(n) and 12926.1(e).

26.     Had Defendants, and each of them, engaged in a timely good faith interactive process, there were reasonable accommodations that would have accommodated Plaintiff's disability.

27.     As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered the loss of wages, salary, benefits, and additional amounts of money Plaintiff would have received if Plaintiff had been afforded a good faith interactive process. As a result, Plaintiff has suffered such damages in an amount according to proof.

28.     As a further direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered the intangible loss of employment-related opportunities. As a result, Plaintiff has suffered such damages in an amount according to proof.

29.    As a further direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has been harmed in that Plaintiff has suffered humiliation, mental anguish, and emotional distress, and has been harmed in mind and body. As a result, Plaintiff has suffered such damages in an amount according to proof.

30.    The above-recited actions of Defendants, and each of them, were done with malice, fraud, oppression, and in reckless disregard of Plaintiff's rights under FEHA. Accordingly, Plaintiff is entitled to an award of punitive damages.

**Fourth Cause of Action**
**WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**
**(Against All Defendants)**

31. Plaintiff incorporates paragraphs 1 through 30 by this reference.

32.    Defendants, and each of them, terminated Plaintiff's employment in violation of important and well-established public policies, which are set forth, for example, in the Fair Employment and Housing Act. Defendants also failed to rehire Plaintiff in violation of said policies.

33.    As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has suffered special and general damages in amounts to be proven at trial.

34.    The above-recited actions of Defendants, and each of them, were done with malice, fraud, oppression, and in reckless disregard of Plaintiff's rights. Accordingly, Plaintiff is entitled to an award of punitive damages.

**Fifth Cause of Action**
**BREACH OF CONTRACT**
**(Against All Defendants)**

35. Plaintiff incorporates paragraphs 1 through 34 by this reference.

36.    Defendants, and each of them, promised Plaintiff severance pay upon her separation from the company. Plaintiff relied upon Defendant's representation that it would pay her severance. However, Defendant did not pay Plaintiff the promised severance when it terminated her.

37.    As a direct and proximate result of the conduct of Defendants, and each of them, Plaintiff has suffered damages in amounts to be proven at trial.

–6–
COMPLAINT

**Prayer for Relief**

WHEREFORE Plaintiff prays for judgment against Defendants, and each of them, as follows:

(a) For back pay, front pay, and other monetary relief according to proof;

(b) For general and special damages according to proof;

(c) For prejudgment interest according to proof;

(d) For reinstatement;

(e) For declaratory relief;

(f) For injunctive relief;

(g) For reasonable attorneys' fees and costs, including expert fees, pursuant to Government Code section 12965(b), and other applicable laws;

(h) For punitive damages in an amount appropriate to punish Defendants, and each of them, and deter others from engaging in similar misconduct;

(i) For costs of suit incurred herein;

(j) For any other and further relief as the court deems just and proper.

DATED: April 27, 2020                                      REISMAN & REISMAN


By: _____
Erin Reisman
Attorneys for Plaintiff,
BRENDA DANIELS

—7—
COMPLAINT

**Demand for Jury Trial**

Plaintiff Brenda Daniels hereby demands a jury trial on all issues so triable.

DATED: April 27, 2020                                          REISMAN & REISMAN


                                        By: _____
                                              Erin Reisman
                                              Attorneys for Plaintiff,
                                              BRENDA DANIELS

--8--
COMPLAINT

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                 GAVIN NEWSOM, GOVERNOR

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

April 23, 2020

Erin Reisman
8200 Wilshire Blvd #302
Beverly Hills, California 90211

RE:   **Notice to Complainant's Attorney**
      DFEH Matter Number: 202004-10004123
      Right to Sue: Daniels / XEROX CORPORATION

Dear Erin Reisman:

Attached is a copy of your complaint of discrimination filed with the Department of Fair Employment and Housing (DFEH) pursuant to the California Fair Employment and Housing Act, Government Code section 12900 et seq. Also attached is a copy of your Notice of Case Closure and Right to Sue.

**Pursuant to Government Code section 12962, DFEH will not serve these documents on the employer.** You must serve the complaint separately, to all named respondents. Please refer to the attached Notice of Case Closure and Right to Sue for information regarding filing a private lawsuit in the State of California. A courtesy "Notice of Filing of Discrimination Complaint" is attached for your convenience.

Be advised that the DFEH does not review or edit the complaint form to ensure that it meets procedural or statutory requirements.

Sincerely,


Department of Fair Employment and Housing



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                    GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                    KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

April 23, 2020

RE:     **Notice of Filing of Discrimination Complaint**
        DFEH Matter Number: 202004-10004123
        Right to Sue: Daniels / XEROX CORPORATION

To All Respondent(s):

Enclosed is a copy of a complaint of discrimination that has been filed with the
Department of Fair Employment and Housing (DFEH) in accordance with Government
Code section 12960. This constitutes service of the complaint pursuant to Government
Code section 12962. The complainant has requested an authorization to file a lawsuit.
This case is not being investigated by DFEH and is being closed immediately. A copy of
the Notice of Case Closure and Right to Sue is enclosed for your records.

Please refer to the attached complaint for a list of all respondent(s) and their contact
information.

No response to DFEH is requested or required.

Sincerely,


Department of Fair Employment and Housing

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

GAVIN NEWSOM, GOVERNOR
KEVIN KISH, DIRECTOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

April 23, 2020

Brenda Daniels
8744 1/2 Belford Ave
Westchester, California 90045

RE:   **Notice of Case Closure and Right to Sue**
DFEH Matter Number: 202004-10004123
Right to Sue: Daniels / XEROX CORPORATION

Dear Brenda Daniels,

This letter informs you that the above-referenced complaint was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective April 23, 2020 because an immediate Right to Sue notice was requested. DFEH will take no further action on the complaint.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Department of Fair Employment and Housing

# COMPLAINT OF EMPLOYMENT DISCRIMINATION
## BEFORE THE STATE OF CALIFORNIA
## DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
### Under the California Fair Employment and Housing Act
### (Gov. Code, § 12900 et seq.)

**In the Matter of the Complaint of**

Brenda Daniels                                   DFEH No. 202004-10004123

                            Complainant,

vs.

XEROX CORPORATION
201 MERRITT 7
NORWALK, California 06851

                            Respondents

_____

1. Respondent **XEROX CORPORATION**  is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

2. Complainant **Brenda Daniels**, resides in the City of **Westchester** State of **California.**

3. Complainant alleges that on or about **July 30, 2019**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's race, ancestry, national origin (includes language restrictions), color, religious creed - includes dress and grooming practices, sex/gender, gender identity or expression, sexual orientation, family care or medical leave (cfra) (employers of 50 or more people), genetic information or characteristic, disability (physical or mental), medical condition (cancer or genetic characteristic), military and veteran status, age (40 and over), marital status, pregnancy, childbirth, breast feeding, and/or related medical conditions, sexual harassment- hostile environment, sexual harassment- quid pro quo, baby bonding leave (employers of 20 - 49 people), association with a member of a protected class, criminal history.

**Complainant was discriminated against** because of complainant's race, ancestry, national origin (includes language restrictions), color, religious creed - includes dress and grooming practices, sex/gender, gender identity or expression, sexual orientation, family care or medical leave (cfra) (employers of 50 or more people),

-1-

Date Filed: April 23, 2020

genetic information or characteristic, disability (physical or mental), medical condition (cancer or genetic characteristic), military and veteran status, age (40 and over), marital status, pregnancy, childbirth, breast feeding, and/or related medical conditions, sexual harassment- hostile environment, sexual harassment- quid pro quo, baby bonding leave (employers of 20 - 49 people), association with a member of a protected class, criminal history and as a result of the discrimination was terminated, laid off, forced to quit, denied hire or promotion, reprimanded, denied equal pay, suspended, demoted, asked impermissible non-job-related questions, denied the right to wear pants, denied any employment benefit or privilege, denied reasonable accommodation for a disability, denied family care or medical leave (cfra) (employers of 50 or more people), denied accommodation for religious beliefs, denied accommodation for pregnancy, denied employer paid health care while on pregnancy disability leave, denied work opportunities or assignments, denied baby bonding leave (employers of 20-49 people), denied or forced to transfer.

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a pregnancy-disability related accom., requested or used a disability-related accommodation, requested or used a religious accommodation, requested or used baby bonding leave (employers of 20-49 people), participated as a witness in a discrimination or harassment complaint, requested or used leave under the california family rights act or fmla (employers of 50 or more people) and as a result was terminated, laid off, forced to quit, denied hire or promotion, reprimanded, denied equal pay, suspended, demoted, asked impermissible non-job-related questions, denied the right to wear pants, denied any employment benefit or privilege, denied reasonable accommodation for a disability, denied family care or medical leave (cfra) (employers of 50 or more people), denied accommodation for religious beliefs, denied accommodation for pregnancy, denied employer paid health care while on pregnancy disability leave, denied baby bonding leave (employers of 20-49 people), denied or forced to transfer.

**Additional Complaint Details:**

-2-
*Complaint – DFEH No. 202004-10004123*

Date Filed: April 23, 2020

VERIFICATION

I, **Erin Reisman**, am the **Attorney** in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The matters alleged are based on information and belief, which I believe to be true.

On April 23, 2020, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Los Angeles, CA**

-3-
*Complaint – DFEH No. 202004-10004123*

Date Filed: April 23, 2020

Electronically Filed by Superior Court of California, County of Orange, 05/26/2020 10:02:33 AM.    **CM-010**
30-2020-01144027-CU-WT-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Lirio Sanchez, Deputy Clerk.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):*<br>Daniel A. Reisman (SBN 250819); Erin Reisman (SBN 248426)<br>REISMAN & REISMAN<br>8200 Wilshire Blvd. #302<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: (323) 330-0580     FAX NO.: (323) 389-0694<br>ATTORNEY FOR *(Name):* Brenda Daniels | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 Civic Center Drive
MAILING ADDRESS: same
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central Justice Center

CASE NAME:
Brenda Daniels v. Xerox Corporation, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ✔ **Unlimited**  ☐ **Limited** | ☐ **Counter**  ☐ **Joinder** | 30-2020-01144027-CU-WT-CJC |
| (Amount demanded exceeds $25,000) | (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge Derek W. Hunt<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
✔ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ✔ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.✔ monetary  b.✔ nonmonetary; declaratory or injunctive relief  c.✔ punitive
4. Number of causes of action *(specify):* 5
5. This case ☐ is ✔ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 4/27/2020

Erin Reisman
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
   Medical Malpractice– Physicians & Surgeons
   Other Professional Health Care Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip and fall)
   Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
   Intentional Infliction of Emotional Distress
   Negligent Infliction of Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
   Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
   Negligent Breach of Contract/ Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court Case Matter
   Writ–Other Limited Court Case Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of County)
   Confession of Judgment (*non-domestic relations*)
   Sister State Judgment
   Administrative Agency Award (*not unpaid taxes*)
   Petition/Certification of Entry of Judgment on Unpaid Taxes
   Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
   Declaratory Relief Only
   Injunctive Relief Only (*non-harassment*)
   Mechanics Lien
   Other Commercial Complaint Case (*non-tort/non-complex*)
   Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late Claim
   Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

Electronically Filed by Superior Court of California, County of Orange, 05/26/2020 10:02:33 AM.
30-2020-01144027-CU-WT-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By Lirio Sanchez, Deputy Clerk.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

XEROX CORPORATION, a corporation; and
DOES 1 through 50, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

BRENDA DANIELS, an individual,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | Superior Court of Orange County<br>700 Civic Center Drive<br>Santa Ana, CA 92701 | CASE NUMBER: *(Número del Caso):*<br>30-2020-01144027-CU-WT-CJC<br><br>Judge Derek W. Hunt |
|---|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Daniel A. Reisman, Erin Reisman, 8200 Wilshire Blvd. #302, Beverly Hills, CA 90211; Tel: (323) 330-0580; Fax: (323) 389-0694

| DATE:<br>*(Fecha)* 05/26/2020 | DAVID H. YAMASAKI, Clerk of the Court | Clerk, by<br>*(Secretario)* | Lirio Sanchez | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date)*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|

# SUPERIOR COURT OF CALIFORNIA

## ORANGE

700 W. Civic Center DRIVE

Santa Ana, CA 92702

(657) 622-6878

www.occourts.org

## NOTICE OF CASE ASSIGNMENT

Case Number: **30-2020-01144027-CU-WT-CJC**

Your case has been assigned for all purposes to the judicial officer indicated below. A copy of this information must be provided with the complaint or petition, and with any cross-complaint that names a new party to the underlying action.

| ASSIGNED JUDGE | COURT LOCATION | DEPARTMENT/ROOM | PHONE |
|---|---|---|---|
| Hon. Derek W. Hunt | CENTRAL JUSTICE CENTER | C23 | (657) 622-6878 |
| Hearing: | Date: | Time: | |

| JUDGE | COURT LOCATION | DEPARTMENT/ROOM | PHONE |
|---|---|---|---|
| Hon. | | | |

[ x ] ADR Information attached.

## SCHEDULING INFORMATION

**Judicial Scheduling Calendar Information**

Individual courtroom information and the items listed below may be found at: www.occourts.org.

.Case Information, Court Local Rules, filing fees, forms, Civil Department Calendar Scheduling Chart, Department phone numbers, Complex Civil E-filing, and Road Map to Civil Filings and Hearings.

**Ex Parte Matters**

Rules for Ex Parte Applications can be found in the California Rules of Court, rules 3.1200 through 3.1207 at: www.courtinfo.ca.gov.  Trials that are in progress have priority; therefore, you may be required to wait for your ex parte hearing.

**Noticed Motions**

* The following local Orange County Superior Court rules are listed for your convenience:
.     - Rule 307 - Telephonic Appearance Litigants - Call CourtCall, LLC at (310) 914-7884 or (888) 88-COURT.
.     - Rule 380 - Fax Filing, Rule 450 - Trial Pre-Conference  (Unlimited Civil)
.* All Complex Litigation cases are subject to mandatory Electronic Filing, unless excused by the Court.
.* Request to Enter Default and Judgment are strongly encouraged to be filed as a single packet.

**Other Information**

Hearing dates and times can be found on the Civil Department Calendar Scheduling Chart.

.All fees and papers must be filed in the Clerk's Office of the Court Location address listed above.

Date:  06/22/2020

Lirio Sanchez

NOTICE OF CASE ASSIGNMENT

**EXHIBIT B**

V3 INIT 100 (June 2004)

Electronically Filed by Superior Court of California, County of Orange, 06/23/2020 12:39:00 PM.
30-2020-01144027-CU-WT-CJC - ROA # 8 - DAVID H. YAMASAKI, Clerk of the Court By Amy Van Arkel, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Daniel A. Reisman (SBN 250819) Erin Reisman (SBN 248426)<br>REISMAN & REISMAN<br>8200 Wilshire Blvd #302, Beverly Hills, CA 90012<br><br>TELEPHONE NO.: (323) 330-0580        FAX NO. (Optional): (323) 389-0689<br>E-MAIL ADDRESS (Optional): dreisman@reismanlawoffices.com<br>ATTORNEY FOR (Name): Plaintiff, Brenda Daniels        Bar No: | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☑ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Harbor – Newport Beach Facility, 4601 Jamboree Rd., Newport Beach, CA 92660
☐ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838
☐ West – 8141 13th Street, Westminster, CA 92683

| PLAINTIFF/PETITIONER:<br>BRENDA DANIELS | CASE NUMBER:<br>30-2020-01144027-CU-WT-CJC |
|---|---|
| DEFENDANT/RESPONDENT:<br>XEROX CORPORATION | JUDICIAL OFFICER:<br>Hon. Derek W. Hunt |
| **DECLARATION IN SUPPORT OF MOTION**<br>**RE DISQUALIFICATION OF JUDICIAL OFFICER**<br>**PURSUANT TO C.C.P. 170.6** | DEPARTMENT:<br><br>C23 |

I am ☐ a party ☑ the attorney for a party in the above entitled case and declare that

Hon. Derek W. Hunt, the judicial officer before whom the trial or hearing in this action or special proceeding is pending, or to whom this case is assigned, is prejudiced against the party or the party's attorney, or the interest of the party or party's attorney, such that the declarant cannot, or believes that

he/she cannot, have a fair and impartial trial or hearing before the judicial officer.

This judicial officer ☐ has ☑ has not presided over a hearing, motion, or other proceeding in the past in this case.

Pursuant to the provisions of Code of Civil Procedure section 170.6, I request that this case be assigned to another judicial officer for further proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  June 23, 2020

Daniel A. Reisman
_____
(Type or print name)                    •

_____
(Signature of declarant)

Form L-0292
Optional Form
Revised February 4, 2014        **DECLARATION IN SUPPORT OF MOTION**
**RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P. 170.6**

## SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
## CENTRAL JUSTICE CENTER

### MINUTE ORDER

DATE: 06/24/2020                    TIME: 03:28:00 PM        DEPT: C01

JUDICIAL OFFICER PRESIDING:  Presiding Judge Kirk H. Nakamura
CLERK: L. Labrador
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2020-01144027-CU-WT-CJC**  CASE INIT.DATE: 05/26/2020
CASE TITLE: **Daniels vs. Xerox Corporation**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Wrongful Termination

---

EVENT ID/DOCUMENT ID: 73327291
**EVENT TYPE:** Chambers Work

---

### APPEARANCES

---

There are no appearances by any party.

A Peremptory Challenge under C.C.P. § 170.6 as to the Honorable Derek W. Hunt having been filed on 06/23/2020, by Plaintiff, and this matter having been transferred to C1 for reassignment, the Court now rules as follows:

This case is reassigned to the Honorable Melissa R. McCormick in Department C13 for all purposes.

Counsel to contact clerk in Department C13 within 15 days of receipt of this order to reschedule any pending hearings.

The Court determines that for purposes of exercising C.C.P. § 170.6 rights, there are two sides to this matter unless the contrary is brought to the attention of the Court, by Ex-Parte motion. Counsel has 15 days from the date of the enclosed certificate of mailing in which to exercise any rights under C.C.P. § 170.6.

Court orders Clerk to give notice.  Plaintiff to give notice to any parties not listed and to file proof of service with the court within 10 days.

Electronically Filed by Superior Court of California, County of Orange, 06/24/2020 04:58:00 PM.
30-2020-01144027-CU-WT-CJC - ROA # 15 - DAVID H. YAMASAKI, Clerk of the Court By James M Haines, Deputy **POS-010**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Erin Reisman, 248426<br>Reisman & Reisman<br>8200 Wilshire Blvd #302<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: 323-330-0580<br>ATTORNEY FOR *(Name):* | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
Superior Court of California, Orange County
700 Civic Center Drive West
Santa Ana, CA 92702-1994

| | |
|---|---|
| PLAINTIFF/PETITIONER: Brenda Daniels<br><br>DEFENDANT/RESPONDENT: Xerox Corporation, et al. | CASE NUMBER:<br>**30-2020-01144027-CU-WT-CJC** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of:

Complaint, Civil Case Cover Sheet, Summons,

3. a. Party served: XEROX CORPORATION, a corporation

   b. Person Served: Kaitlyn Mannix -CSC - Person Authorized to Accept Service of Process

4. Address where the party was served: 2710 Gateway Oaks Drive, Suite 150N
   Sacramento, CA 95833
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 06/22/2020          (2) at   (time): 1:35PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   XEROX CORPORATION, a corporation
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:           Tyler Anthony DiMaria
   b. Address:        One Legal - P-000618-Sonoma
                      1400 North McDowell Blvd, Ste 300
                      Petaluma, CA 94954

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 40.00
   e I am:
      (3) registered California process server.
         (i)  Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 06/23/2020



Tyler Anthony DiMaria
(NAME OF PERSON WHO SERVED PAPERS)          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Code of Civil Procedure, § 417.10

OL# 14670331

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
| PLANTIFF: Brenda Daniels | |
| DEFENDANT: Xerox Corporation | **Jul 7, 2020**<br>Clerk of the Court<br>By: Shanon Howard, Deputy |
| Short Title: DANIELS VS. XEROX CORPORATION | |
| **NOTICE OF HEARING** | CASE NUMBER:<br>30-2020-01144027-CU-WT-CJC |

Please take notice that a(n),<u>Mandatory Settlement Conference</u> has been scheduled for hearing on <u>09/24/2021</u> at <u>08:30:00 AM</u> in Department <u>C13</u> of this court, located at <u>Central Justice Center</u>.

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
www.occourts.org/media-relations/CoronaVirusUpdate.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
www.occourts.org/media-relations/CoronaVirusUpdate.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị. www.occourts.org/media-relations/CoronaVirusUpdate.html

Clerk of the Court, By: _____, Deputy

**NOTICE OF HEARING**                                              Page: 1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** DANIELS VS. XEROX CORPORATION

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2020-01144027-CU-WT-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 07/07/2020. Following standard court practice the mailing will occur at Sacramento, California on 07/08/2020.

Clerk of the Court, by: _____ , Deputy

REISMAN & REISMAN
8200 WILSHIRE BOULEVARD # 302
BEVERLY HILLS, CA 90211

---

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center<br>PLANTIFF: Brenda Daniels<br><br>DEFENDANT: Xerox Corporation<br><br>Short Title: DANIELS VS. XEROX CORPORATION | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>**Jul 7, 2020**<br>Clerk of the Court<br>By: Shanon Howard, Deputy |
| **NOTICE OF HEARING** | CASE NUMBER:<br>30-2020-01144027-CU-WT-CJC |

Please take notice that a(n), <u>Jury Trial</u> has been scheduled for hearing on <u>11/01/2021</u> at <u>09:00:00 AM</u> in Department <u>C13</u> of this court, located at <u>Central Justice Center</u>.

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
www.occourts.org/media-relations/CoronaVirusUpdate.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
www.occourts.org/media-relations/CoronaVirusUpdate.html

**QUAN TRONG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị. www.occourts.org/media-relations/CoronaVirusUpdate.html

Clerk of the Court, By: _____ , Deputy

**NOTICE OF HEARING**                                                Page: 1

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** DANIELS VS. XEROX CORPORATION

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2020-01144027-CU-WT-CJC** |
| --- | --- |

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Santa Ana</u>, <u>California</u>, on <u>07/07/2020</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>07/08/2020</u>.

Clerk of the Court, by: _____ , Deputy

REISMAN & REISMAN
8200 WILSHIRE BOULEVARD # 302
BEVERLY HILLS, CA 90211

V3 1013a (June 2004)                                    Code of Civil Procedure , § CCP1013(a)

Case Summary:

| Case Id: | 30-2020-01144027-CU-WT-CJC |
|---|---|
| Case Title: | BRENDA DANIELS VS. XEROX CORPORATION |
| Case Type: | WRONGFUL TERMINATION |
| Filing Date: | 05/26/2020 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 41084966 RECEIVED ON 04/27/2020 07:49:31 PM. | 06/22/2020 | | *NV* | |
| 2 | COMPLAINT FILED BY DANIELS, BRENDA ON 05/26/2020 | 05/26/2020 | | 14 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY DANIELS, BRENDA ON 05/26/2020 | 05/26/2020 | | 2 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED FILED BY DANIELS, BRENDA ON 05/26/2020 | 05/26/2020 | | 1 pages | ☐ |
| 5 | PAYMENT RECEIVED BY ONELEGAL FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12742750 AND RECEIPT NUMBER 12569163. | 06/22/2020 | | 1 pages | ☐ |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER HUNT, DEREK ON 05/26/2020. | 05/26/2020 | | 1 pages | ☐ |
| 7 | E-FILING TRANSACTION 3915191 RECEIVED ON 06/23/2020 12:39:56 PM. | 06/23/2020 | | *NV* | |
| 8 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP (HON. DEREK W. HUNT) FILED BY DANIELS, BRENDA ON 06/23/2020 | 06/23/2020 | | 1 pages | ☐ |
| 9 | CASE REASSIGNED TO MELISSA MCCORMICK EFFECTIVE 06/24/2020. | 06/24/2020 | | *NV* | |
| 10 | PEREMPTORY CHALLENGE UNDER C.C.P. 170.6 AS TO THE HONORABLE DEREK W. HUNT FILED. | 06/24/2020 | | *NV* | |
| 11 | THIS CASE IS REASSIGNED TO THE HONORABLE MELISSA R. MCCORMICK FOR ALL PURPOSES. | 06/24/2020 | | *NV* | |
| 12 | MINUTES FINALIZED FOR CHAMBERS WORK 06/24/2020 03:28:00 PM. | 06/24/2020 | | 1 pages | ☐ |
| 13 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/24/2020 | | 2 pages | ☐ |
| 14 | E-FILING TRANSACTION 41093613 RECEIVED ON 06/24/2020 04:58:32 PM. | 06/25/2020 | | *NV* | |
| 15 | PROOF OF SERVICE OF SUMMONS FILED BY DANIELS, BRENDA ON 06/24/2020 | 06/24/2020 | | 1 pages | ☐ |
| 16 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 09/24/2021 AT 08:30:00 AM IN C13 AT CENTRAL JUSTICE CENTER. | 07/07/2020 | | 2 pages | ☐ |
| 17 | | 07/07/2020 | | 2 pages | ☐ |

Civil Case Access - Print Case Information

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
|  | JURY TRIAL SCHEDULED FOR 11/01/2021 AT 09:00:00 AM IN C13 AT CENTRAL JUSTICE CENTER. |  |  |  |  |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| BRENDA DANIELS | PLAINTIFF |  | 06/22/2020 |  |
| REISMAN & REISMAN | ATTORNEY |  | 06/22/2020 |  |
| XEROX CORPORATION | DEFENDANT |  | 06/22/2020 |  |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| JURY TRIAL | 11/01/2021 | 09:00 | C13 | MCCORMICK |
| MANDATORY SETTLEMENT CONFERENCE | 09/24/2021 | 08:30 | C13 | MCCORMICK |

Print this page