HEATHER D. HEARNE, SBN 254496
hdh@kullmanlaw.com
THE KULLMAN FIRM
A Professional Law Corporation
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Tel.: (225) 906-4245
Fax: (225) 906-4230

**Attorney for Defendant**
**Xerox Corporation**

DANIEL A. REISMAN, SBN 250819
ERIN REISMAN, SBN 248426
REISMAN & REISMAN
8200 Wilshire Blvd. #302
Beverly Hills, CA 90211
Tel: (323) 330-0580
Fax: (323 389-0694
dreisman@reismanlawoffices.com
ereisman@reismanlawoffices.com

**Counsel for Plaintiff**
**Brenda Daniels**

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| BRENDA DANIELS, an individual,<br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, a corporation and DOES 1-50, inclusive,<br>Defendants. | Case No: 8:20-cv-01312-DOC-DFM<br><br>**ORDER on JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [18]** |
|---|---|

**TO ALL PARTIES AND COUNSEL AND THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the parties, Brenda Daniels and Xerox Corporation, through their respective counsels of record, that this action be and hereby is dismissed in its entirety with prejudice. The parties shall bear their own fees and costs.

Dated: November 23, 2020

| /s/ Daniel Reisman | /s/ Heather Hearne |
|---|---|
| Daniel Reisman | Heather Hearne |
| Counsel for Plaintiff, Brenda Daniels | Counsel for Defendant, Xerox Corporation |

Pursuant to Local Rule 5-4.34, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

In view of the Parties' Stipulation of Dismissal, this case is hereby DISMISSED WITH PREJUDICE. The parties shall bear their own fees and costs.

SO ORDERED.

Date: November 25, 2020

*David O. Carter*
Hon. David O. Carter